IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00979-LTB

R. KIRK McDONALD,

      Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF JUSTICE,

      Defendant.

_____

## JUDGMENT

_____

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on April 16, 2014, it is hereby

      ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

      DATED at Denver, Colorado, this 16th day of April, 2014.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk


                        By: s/K Lyons
                            Deputy Clerk